**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 507 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| J.H.F., | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

      **AND NOW**, this 9th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.